IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:16-cv-603

| | |
|---|---|
| VETINA L. ANDREWS, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) **NOTICE OF REMOVAL TO** |
| WOOD PARTNERS, L.L.C. and WOOD REAL ESTATE INVESTORS, L.L.C., | ) **FEDERAL COURT** ) ) ) |
| Defendants. | ) ) |

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Defendants WOOD PARTNERS, L.L.C. and WOOD REAL ESTATE INVESTORS, L.L.C. (collectively referred to as "Defendants"), by and through their undersigned counsel, respectfully remove the above-entitled action from the Superior Court of Durham County, North Carolina, to the United States District Court for the Middle District of North Carolina, Durham Division, pursuant to 28 U.S.C. §§ 1331 and 1441. In support of this Notice of Removal, Defendants state as follows:

1. This action is being removed to Federal Court based on federal question jurisdiction in that the action arises under the laws of the United States, namely the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* ("ADEA").

2. Plaintiff initiated this civil action in the General Court of Justice, Superior Court Division for Durham County, North Carolina, on or about May 13, 2016. This action

was captioned *Vetina L. Andrews v. Wood Partners, L.L.C. and Wood Real Estate Investors, L.L.C.*, and was assigned case number 16 CVS 003067 (hereinafter "State Action"). Pursuant to the provisions of 28 U.S.C. § 1446, a copy of the Complaint and Summons served on Defendants are attached hereto as Exhibit "A," and is incorporated herein by reference.

3. This Notice is being filed within thirty (30) days of the earliest date of service on the Complaint in this cause on these Defendants. Accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b). The named Defendants will be represented by the undersigned counsel and all Defendants who have been duly served consent to removal.

4. As noted above, this action is being removed to Federal Court based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely the ADEA, and for the reason that the Plaintiff alleges that the Defendants violated her rights under said statute.

5. Based on federal question jurisdiction, Defendants contend that the aforesaid state action may be removed by the Defendants pursuant to 28 U.S.C. §§ 1331 and 1441.

6. The United States District Court for the Middle District of North Carolina embraces the District in which the aforementioned State Action is now pending. Therefore, Defendants hereby file their Notice of Removal of this action from the aforesaid Superior Court in which it is now pending to the United States District for the Middle District of North Carolina, Durham Division.

7. Written notice of the filing of this Notice will be served upon the adverse party in this action as required by law.

8. A copy of this Notice of Removal to Federal Court has been served for filing in the Office of the Clerk of the Superior Court of Durham County, North Carolina, as shown by the Notice of Filing Removal attached hereto as "Exhibit B."

9. Defendants submit this Notice of Removal to Federal Court without waiving any defenses to the claims asserted by Plaintiff or conceding that the Plaintiff has alleged claims upon which relief may be granted.

**WHEREFORE,** Defendants pray that this action be removed from the Superior Court of Durham County, North Carolina, to the United States District Court for the Middle District of North Carolina, Durham Division.

Respectfully submitted this the 10th day of June, 2016.

JACKSON LEWIS P.C.

BY: */s/ Paul S. Holscher*
TED N. KAZAGLIS
N. C. State Bar No. 36452
PAUL S. HOLSCHER
N. C. State Bar No. 33991
*Attorneys for Defendants*
3737 Glenwood Avenue, Ste. 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com
Email: Paul.Holscher@jacksonlewis.com

IN THE UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:16-cv-603

| | |
|---|---|
| VETINA L. ANDREWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WOOD PARTNERS, L.L.C. and )<br>WOOD REAL ESTATE INVESTORS, )<br>L.L.C., )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

    The undersigned certifies that on June 10, 2016, the foregoing *Notice of Removal to Federal Court* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, and served on all parties by depositing a copy of same in the United States Postal Service, postage prepaid, and addressed as follows:

J. Heydt Philbeck, Esq.
Bailey & Dixon, LLP
434 Fayetteville Street, Suite 2500
Raleigh, NC 27601
hphilbeck@bdixon.com
*Attorneys for Plaintiff*

    */s/ Paul S. Holscher*
TED N. KAZAGLIS
N. C. State Bar No. 36452
PAUL S. HOLSCHER
N. C. State Bar No. 33991
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Ste. 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com
Email: Paul.Holscher@jacksonlewis.com

4812-5589-7906, v. 1

Page 4

Case 1:16-cv-00603-TDS-JLW   Document 1   Filed 06/10/16   Page 4 of 4