IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:16-cv-603-TDS-JLW

| | |
|---|---|
| VETINA L. ANDREWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WOOD REAL ESTATE INVESTORS, )<br>L.L.C., )<br>)<br>Defendant. ) | **JOINT STIUPLATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)** |

**NOW COMES** Wood Real Estate Investors, L.L.C. (hereinafter "Wood Real Estate" or "Defendant"), by and through its undersigned counsel, and Vetina Andrews ("Plaintiff"), by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and stipulate and agree to the dismissal of this case with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this the 6th day of July, 2017.

| | |
|---|---|
| BAILEY & DIXON, LLP | JACKSON LEWIS P.C. |
| /s/ *J. Heydt Philbeck* | BY: /s/ *Paul S. Holscher* |
| J. HEYDT PHILBECK | TED N. KAZAGLIS |
| 434 Fayetteville Street, Suite 2500 | N.C. State Bar No. 36452 |
| Raleigh, NC 27601 | PAUL S. HOLSCHER |
| Telephone: (919) 828-0731 | N.C. State Bar No. 33991 |
| Facsimile: (919) 828-6592 | *Attorneys for Defendant* |
| Email: hphilbeck@bdixon.com | 3737 Glenwood Avenue, Ste. 450 |
| *Attorney for Plaintiff* | Raleigh, NC 27612 |
| | Telephone: (919) 760-6460 |
| | Facsimile: (919) 760-6461 |
| | Email: Kazaglis@jacksonlewis.com |
| | Email: Paul.Holscher@jacksonlewis.com |

IN THE UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:16-cv-603-TDS-JLW

| | |
|---|---|
| VETINA L. ANDREWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WOOD REAL ESTATE INVESTORS, ) <br> L.L.C., ) <br> ) <br> Defendant. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on July 6, 2017, the foregoing *Joint Stipulation of Dismissal With Prejudice* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, and served on all parties by depositing a copy of same in the United States Postal Service, postage prepaid, and addressed as follows:

J. Heydt Philbeck, Esq.
Bailey & Dixon, LLP
434 Fayetteville Street, Suite 2500
Raleigh, NC 27601
hphilbeck@bdixon.com
*Attorney for Plaintiff*

/s/ Paul S. Holscher
TED N. KAZAGLIS
N. C. State Bar No. 36452
PAUL S. HOLSCHER
N. C. State Bar No. 33991
Jackson Lewis P.C.
*Attorneys for Defendant*
3737 Glenwood Avenue, Ste. 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com
Email: Paul.Holscher@jacksonlewis.com

4843-7834-6314, v. 1